JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER LEE COLE, ) | Case No. 2:22-cv-00695-JVS-JC |
| Petitioner, ) | |
| v. ) | JUDGMENT |
| B. CATES, ) | |
| Respondent. ) | |

Pursuant to this Court's Order Dismissing Petition for Writ of Habeas Corpus and Action without Prejudice, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: June 27, 2022

_____
HONORABLE S. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE