1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER LEE COLE, <br><br> Petitioner, <br><br> v. <br><br> RON BROOMFIELD, <br><br> Respondent. | Case No. 22-cv-00695-JVS-JC <br><br> ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 ("Petition"), the parties' submissions in connection with Petitioner's "Notice for Court to Take Judicial Notice of Petitioner" ("Request for Judicial Notice") and Respondent's Motion to Dismiss the Petition ("Motion to Dismiss"), and all of the records herein, including the July 3, 2024 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation") and Petitioner's filings of August 26, 2024, which are construed as his objections to the Report and Recommendation ("Objections"). The Court approves and accepts the Report and Recommendation. The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The

Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections, which raise the same contentions previously raised in Petitioner's opposition to the Motion to Dismiss.[1]

IT IS HEREBY ORDERED that the Request for Judicial Notice is granted in part and denied in part (see Report and Recommendation at 2-3 n.2), the Motion to Dismiss is granted and the Petition and this action are dismissed.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 16, 2024

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

---

[1] To the extent the Objections request that the Court take judicial notice of Brown v. Atchley, 76 F.4th 862 (9th Cir. 2023), or other public documents properly subject to judicial notice, such request is granted, and the Court has taken into account the documents referenced and/or attached to the Objections.