**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER LEE COLE,<br><br>        Petitioner,<br><br>    v.<br><br>RON BROOMFIELD,<br><br>        Respondent. | Case No. 22-cv-00695-JVS-JC<br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody and this action are dismissed.

DATED: September 16, 2024

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE